Ekwan E. Rhow, SBN 174604
    erhow@birdmarella.com
Patricia H. Jun, SBN 277461
    pjun@birdmarella.com
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:    (310) 201-2110

Attorneys for Plaintiff
CALIX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| CALIX, INC., a Delaware corporation, <br><br>             Plaintiff, <br><br>      vs. <br><br> CTS CONSTRUCTION, INC., an Ohio corporation, <br><br>             Defendant. <br><br> AND RELATED THIRD-PARTY COMPLAINT AND COUNTERCLAIM | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF CALIX, INC.; [PROPOSED] ORDER |

PLEASE TAKE NOTICE that plaintiff CALIX, INC. ("Calix") has retained Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. to substitute as counsel for Spaulding McCullough & Tansil LLP in this matter.

Withdrawing counsel for Calix are:

    Gregory G. Spaulding, SBN 106606
    Terry S. Sterling, SBN 106379
    Spaulding McCullough & Tansil LLP
    90 South E Street, Suite 200
    P.O. Box 1867
    Santa Rosa, CA  95402
    Telephone: (707) 524-1900
    Facsimile: (707) 524-1906
    Email: sterling@smlaw.com

1

1   All pleadings, orders and notices should henceforth be served upon the following substituted
2   counsel for Calix:

3       Ekwan E. Rhow
    Bird, Marella, Boxer, Wolpert, Nessim,
4       Drooks, Lincenberg & Rhow, P.C.
    1875 Century Park East, 23rd Floor
5       Los Angeles, California 90067-2561
    Telephone: (310) 201-2100
6       Facsimile: (310) 201-2110
    Email: eer@birdmarella.com
7
    The undersigned parties consent to the above withdrawal and substitution of counsel.
8
DATED: February 17, 2016        CALIX, INC.
9

10          By:   */s/ Suzanne Tom*
            Suzanne Tom, General Counsel
11

12
DATED: February 17, 2016        SPAULDING McCULLOUGH & TANSIL LLP
13          Attorneys for Plaintiff
        CALIX, INC.
14

15          By:   */s/ Gregory G. Spaulding*
            Gregory G. Spaulding
16

17  DATED: February 17, 2016        BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
        DROOKS, LINCENBERG & RHOW, P.C.
18

19          By   */s/ Ekwan E. Rhow*
            Ekwan E. Rhow
20

21      I hereby attest that I obtained concurrence in the filing of this document from each of the
22  other signatories on this e-filed document.

23  DATED: February 17, 2016        BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
        DROOKS, LINCENBERG & RHOW, P.C.
24

25          By   */s/ Ekwan E. Rhow*
            Ekwan E. Rhow
26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

The above withdrawal and substitution of counsel is approved and SO ORDERED.

DATED: February 19, 2016

_____
UNITED STATED MAGISTRATE JUDGE

GRANTED
Judge Donna M. Ryu